GLADYS S. CANTOR, Appellant, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent.—Order affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ.; Cohn, J., dissents and votes to reverse and reinstate the verdict upon the ground that the question whether insured met death accidentally within the meaning of the policy and whether plaintiff was entitled to recover double indemnity was solely a question of fact for the jury, and that there was no reasonable basis for setting aside its verdict in plaintiff's favor.

■

In the Matter of the Arbitration between MORITZ WELDLER, Appellant, and SIGISMUND KOPPEL et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ.

■

DORFMAN, SONENREICH, INC., Respondent, v. SECURITY INSURANCE COMPANY OF NEW HAVEN, CONNECTICUT, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ.

■

VIRGINIA A. WOODBERRY et al., Respondents, v. OLYMPIA TRANSPORTATION CO., INC., et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ.

■

ROMAN WORONZOFF-DASCHKOFF, Appellant, v. BACHOOBAI WORONZOFF-DASCHKOFF, Respondent.— Judgment unanimously affirmed, with costs to the respondent. For the purpose of this case the trial court was correct in holding that the plaintiff failed to establish sufficient ground to sustain an action for abandonment. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ.

■

AIRWAYS SUPERMARKETS, INC., Appellant-Respondent, v. THOMAS J. SANTONE, Respondent-Appellant.— Judgment, in all things, unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ.

■

In the Matter of HOTEL WALDORF ASTORIA CORPORATION, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [301 Park Ave., Borough of Manhattan.] — Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See 281 App. Div. 659.]